**B6A (Official Form 6A) (12/07)**

**In re:**  **Jason Charles Main   Amy Macensky Main**,    **Case No.** **12-21968**
                                **Debtors**                                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **75 Pequot Trail Pawcatuck, CT 06379** | | **J** | **$ 200,000.00** | **$ 219,237.64** |
| | | **Total** ➤ | **$ 200,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Jason Charles Main   Amy Macensky Main**, Case No. **12-21968**
Debtors
**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | **36.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Newport Federal checking 6086** | W | **800.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Newport Federal checking 6119** | H | **125.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Newport Federal checking 6974** | J | **300.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Assorted household goods & furnishings** | J | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | **500.00** |
| 7. Furs and jewelry. | | **Engagement RIng** | W | **1,200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Kel-Tec 9mm Firearm** | J | **189.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **Pentax SLR Camera** | J | **150.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **GenAmerica Financial Life Insurance** | W | **1,241.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Amy 401k** | | **7,000.00** |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Jay 401k** | | **3,300.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jason Charles Main   Amy Macensky Main**, Case No. **12-21968**
Debtors
**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford Probe - does not run, engine ziezed** | **H** | **250.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Toyota Matrix** | **W** | **5,725.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Yamaha V Star - $2000.00 to fix** | **H** | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Jason Charles Main    Amy Macensky Main**                    , Case No. **12-21968**
                              **Debtors**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_  continuation sheets attached                            Total ➢ **$ 23,816.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Jason Charles Main   Amy Macensky Main**,          Case No. **12-21968**
                              Debtors                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1997 Ford Probe - does not run, engine ziezed** | 11 USC § 522(d)(2) | 250.00 | 250.00 |
| **2003 Toyota Matrix** | 11 USC § 522(d)(5) | 2,275.00 | 5,725.00 |
|  | 11 USC § 522(d)(2) | 3,450.00 |  |
| **2007 Yamaha V Star - $2000.00 to fix** | 11 USC § 522(d)(5) | 1,000.00 | 1,000.00 |
| **Assorted household goods & furnishings** | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Cash** | 11 USC § 522(d)(5) | 36.00 | 36.00 |
| **Clothing** | 11 USC § 522(d)(5) | 0.00 | 500.00 |
|  | 11 USC § 522(d)(3) | 500.00 |  |
| **Engagement RIng** | 11 USC § 522(d)(4) | 1,200.00 | 1,200.00 |
| **GenAmerica Financial Life Insurance** | 11 USC § 522(d)(7) | 1,241.00 | 1,241.00 |
| **Kel-Tec 9mm Firearm** | 11 USC § 522(d)(5) | 189.00 | 189.00 |
| **Newport Federal checking 6086** | 11 USC § 522(d)(5) | 800.00 | 800.00 |
| **Newport Federal checking 6119** | 11 USC § 522(d)(5) | 125.00 | 125.00 |
| **Newport Federal checking 6974** | 11 USC § 522(d)(5) | 300.00 | 300.00 |
| **Pentax SLR Camera** | 11 USC § 522(d)(5) | 150.00 | 150.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**Gregg W. Wagman   14100**
**Law Offices of Gregg W. Wagman**
**70 Howard St. Suite C**
**New London, CT 06320**

**860-444-0100**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In Re:
Debtor:  **Jason Charles Main**
Social Security Number:  **5408**

Joint Debtor:  **Amy Macensky Main**
Social Security Number:  **1076**

Case No:  **12-21968**

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **Credit Collection Services**<br>**2 Wells Ave**<br>**Newton, MA 02459** | **Unsecured Claims** | **$ 492.63** |
| 2. **AFNI**<br>**PO Box 3097**<br>**Bloomington, IL 61702** | **Unsecured Claims** | **$ 599.61** |
| 3. **Chase**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | **Secured Claims** | **$ 183,200.18** |
| 4. **MCM**<br>**Dept. 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | **Unsecured Claims** | **$ 21,441.34** |
| 5. **Westerly Hosptial**<br>**25 Wells St.**<br>**Westerly, RI 02891** | **Unsecured Claims** | **$ 119.00** |

In re: **Jason Charles Main**  
**Amy Macensky Main**

Case No. **12-21968**

| | | | |
|---|---|---|---|
| 6. | **ChexSystems, Inc.**<br>**Consumer Relations**<br>**7805 Hudson Rd Ste 100**<br>**Woodbury, MN 55125** | Unsecured Claims | $ 0.00 |
| 7. | **American Express**<br>**Special Research**<br>**PO Box 981540**<br>**El Paso, TX 79998** | Unsecured Claims | $ 1,613.00 |
| 8. | **Bank Of America**<br>**Attn: Bankruptcy**<br>**PO Box 260**<br>**Greensboro, NC 27410** | Unsecured Claims | $ 29,035.00 |
| 9. | **Barkley's Bank Delaware**<br>**Attn: Bankruptcy**<br>**PO Box 1337**<br>**Philadelphia, PA 19101** | Unsecured Claims | $ 1,312.00 |
| 10. | **Chase**<br>**Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | Unsecured Claims | $ 1,070.00 |
| 11. | **Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | Unsecured Claims | $ 2,866.00 |
| 12. | **Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | Unsecured Claims | $ 1,588.00 |
| 13. | **Citizens**<br>**1 Citizens Dr**<br>**Riverside, RI 02915** | Secured Claims | $ 36,037.46 |
| 14. | **Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | Unsecured Claims | $ 4,372.00 |

Numbered Listing of Creditors - Page 2

In re: **Jason Charles Main**  
**Amy Macensky Main**

Case No. **12-21968**

| | | | |
|---|---|---|---|
| 15. | **Credit Protection Associator**<br>PO Box 802068<br>Dallas, TX 75380-2068 | Unsecured Claims | $ 411.77 |
| 16. | **Dell Financial Services**<br>Attn: Bankruptcy Dept.<br>PO Box 81577<br>Austin, TX 78708 | Unsecured Claims | $ 2,828.70 |
| 17. | **Enhanced Recovery Co**<br>Attn: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Unsecured Claims | $ 96.00 |
| 18. | **Equifax**<br>PO Box 740241<br>Atlanta, GA 30374 | Unsecured Claims | $ 0.00 |
| 19. | **HOP Energy**<br>William G. Reveley & Assoc<br>PO Box 657<br>Vernon, CT 06066 | Unsecured Claims | $ 1,041.41 |
| 20. | **Lawrence Mem**<br>365 Montauk Ave<br>New London, CT 06320 | Unsecured Claims | $ 108.41 |
| 21. | **MCM**<br>Dept. 12421<br>PO Box 603<br>Oaks, PA 19456 | Unsecured Claims | $ 967.70 |
| 22. | **Experian**<br>PO Box 9701<br>Allen, TX 75013 | Unsecured Claims | $ 0.00 |
| 23. | **Midland Funding**<br>8875 Aero Dr.<br>San Diego, CA 92123 | Unsecured Claims | $ 4,372.00 |

Numbered Listing of Creditors - Page 3

In re: **Jason Charles Main**  
**Amy Macensky Main**  
Case No. **12-21968**

| | | | |
|---|---|---|---|
| 24. | **Nair & Levin, P.C.**<br>**707 Bloomfield Ave**<br>**Bloomfield, CT 06002** | Unsecured Claims | $ 2,195.46 |
| 25. | **Rshk/Cbsd**<br>**Attn: Citi Centralized Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | Unsecured Claims | $ 1,224.00 |
| 26. | **Sears/cbna**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117** | Unsecured Claims | $ 3,603.00 |
| 27. | **Td Bank N.a.**<br>**32 Chestnut St**<br>**Lewiston, ME 04240** | Unsecured Claims | $ 656.14 |
| 28. | **TransUnion**<br>**PO Box 1000**<br>**Chester, PA 19022** | Unsecured Claims | $ 0.00 |
| 29. | **Westerly Hospital**<br>**25 Wells St**<br>**Westerly, RI 02891** | Unsecured Claims | $ 409.00 |
| 30. | **Westerly Hosptial**<br>**25 Wells St.**<br>**Westerly, RI 02891** | Unsecured Claims | $ 199.00 |
| 31. | **Westerly Radiology Assoc**<br>**116 Granite St**<br>**Westerly, RI 02891** | Unsecured Claims | $ 88.00 |
| 32. | **Yale New Haven Hospital**<br>**20 York St.**<br>**New Haven, CT 06510** | Unsecured Claims | $ 743.93 |

In re:   **Jason Charles Main**  
      **Amy Macensky Main**

Case No. **12-21968**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Jason Charles Main**, and I, **Amy Macensky Main**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **4 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature: **s/ Jason Charles Main**  
            **Jason Charles Main**

Dated: **7/26/2012**

Signature: **s/ Amy Macensky Main**  
            **Amy Macensky Main**

Dated: **7/26/2012**

**B6G (Official Form 6G) (12/07)**

In re: **Jason Charles Main   Amy Macensky Main**          , Case No. **12-21968**
                              **Debtors**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Jason Charles Main    Amy Macensky Main**, Case No. __12-21968__
             **Debtors**                                                         (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re **Jason Charles Main Amy Macensky Main**,    Case No. **12-21968**
Debtors    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Daughter** | AGE(S): **8** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **IT Technician** | **Resident Advisor** |
| Name of Employer | **General Physics Corp** | **Noank Group Homes** |
| How long employed | **3 Years** | **1 year** |
| Address of Employer | **11 Main Street, Mystic CT 06355** | **306 Thames Street, Groton CT 06340** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ **4,160.00** | $ **2,710.50** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **4,160.00** | $ **2,710.50** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **565.50** | $ **595.83** |
| b. Insurance | $ **279.50** | $ **73.28** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) **401k** | $ **125.00** | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **970.00** | $ **669.11** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,190.01** | $ **2,041.39** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify) | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,190.01** | $ **2,041.39** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,231.40** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

**B6J (Official Form 6J) (12/07)**

In re **Jason Charles Main Amy Macensky Main**,     Case No. **12-21968**
                    Debtors                                 (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,200.00 |
|    a. Are real estate taxes included?    Yes ✓    No ____ | |
|    b. Is property insurance included?    Yes ✓    No ____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
|          b. Water and sewer | $ 21.00 |
|          c. Telephone | $ 32.00 |
|          d. Other **Cable/Internet/Phone** | $ 180.00 |
|                **Cell Phones** | $ 130.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 900.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 370.00 |
| 8. Transportation (not including car payments) | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $ 0.00 |
|         b. Life | $ 125.00 |
|         c. Health | $ 0.00 |
|         d. Auto | $ 150.00 |
|         e. Other ____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) ____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto | $ 0.00 |
|         b. Other ____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |

**B6J (Official Form 6J) (12/07) - Cont.**

In re **Jason Charles Main Amy Macensky Main**              , Case No. **12-21968**
                                 **Debtors**                                                   **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 17. Other **AAA** | $ | **6.66** |
| **Auto Repairs** | $ | **50.00** |
| **Birthday Gifts** | $ | **20.00** |
| **Child Care** | $ | **127.75** |
| **Christmas Gifts** | $ | **50.00** |
| **Computer Repair** | $ | **25.00** |
| **Dining / Entertainment** | $ | **300.00** |
| **DMV Registration** | $ | **7.00** |
| **Girl Scouts** | $ | **8.00** |
| **Glasses / Contacts** | $ | **23.00** |
| **Hair Cuts** | $ | **36.00** |
| **Home office supplies** | $ | **25.00** |
| **Karate** | $ | **170.00** |
| **Non-Perscription Meds** | $ | **10.00** |
| **Oil Changes** | $ | **35.00** |
| **Pet Food** | $ | **31.00** |
| **School Luch** | $ | **37.50** |
| **Sporstmen Club** | $ | **12.50** |
| **Vet Visits** | $ | **20.00** |
| **Weight Watchers** | $ | **39.00** |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ **5,236.41**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I   $ **5,231.40**
    b. Average monthly expenses from Line 18 above   $ **5,236.41**
    c. Monthly net income (a. minus b.)   $ **-5.01**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Jason Charles Main    Amy Macensky Main**  Case No. **12-21968**
_____   _____
**Debtors**                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **7/26/2012**                     Signature: **s/ Jason Charles Main**
                                                    **Jason Charles Main**
                                                                Debtor

Date: **7/26/2012**                     Signature: **s/ Amy Macensky Main**
                                                    **Amy Macensky Main**
                                                         (Joint Debtor, if any)

                                        [If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*